# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CAPITOL RECORDS, INC., a Delaware corporation;
PRIORITY RECORDS LLC, a California limited
liability company; VIRGIN RECORDS AMERICA, INC.,
a California corporation; INTERSCOPE RECORDS,
a California general partnership; UMG RECORDINGS, INC.,
a Delaware corporation; and SONY BMG MUSIC
ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

  v.             Case No. 06-C-1155

SUSAN CASTILLO,

    Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

   Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

   1.  Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars $7,500.00.

   2.  Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

   3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Something To Believe In," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);

- "Fallen Angel," on album "Open Up & Say....Ahh!," by artist "Poison" (SR# 93-741);

- "8 Ball," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

- "Cold Hearted," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);

- "Blowing kisses in the wind," on album "Spellbound," by artist "Paula Abdul" (SR# 129-900);

- "Ex-Girlfriend," on album "Return Of Saturn," by artist "No Doubt" (SR# 279-727);

- "Sixteen," on album "Tragic Kingdom," by artist "No Doubt" (SR# 206-724);

- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);

- "Don't Let Him Go," on album "Hi Infidelity," by artist "REO Speedwagon" (SR# 24-298);

- "Let Me Blow Ya Mind," on album "Scorpion," by artist "Eve" (SR# 293-364);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

2

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated this __13th__ day of February, 2007.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

Karen L. Riemer (SBN 1027609)
Robert G. Wixson (SBN 1014930)
WINNER, WIXSON & PERNITZ
22 East Mifflin Street, Suite 702
P.O. Box 2626
Madison, Wisconsin 53701-2626
Telephone: (608) 257-0257
Facsimile: (608) 257-0078

ATTORNEYS FOR

CAPITOL RECORDS, INC.; PRIORITY
RECORDS LLC; VIRGIN RECORDS
AMERICA, INC.; INTERSCOPE RECORDS;
UMG RECORDINGS, INC.; and SONY BMG
MUSIC ENTERTAINMENT

1